# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ROBERT REICH,

        Plaintiff,        Civil Case Number: 05-70578

v.        JUDGE PAUL D. BORMAN
        MAG. JUDGE MONA K. MAJZOUB
J. TROMBLEY        UNITED STATES DISTRICT COURT

        Defendants.
_____ /

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION IN FAVOR OF DISMISSING WITHOUT PREJUDICE PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS (DOCK. 17)

Before the Court is the Magistrate Judge's Report and Recommendation in favor of dismissing without prejudice Petitioner's Petition for Writ of Habeas Corpus.

Having reviewed that Report and Recommendation, the Court enters as its findings and conclusions the Report and Recommendation dismissing without prejudice Petitioner's Petition for Writ of Habeas Corpus.

**SO ORDERED.**

        s/Paul D. Borman
        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

Dated:  November 16, 2006

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on November 16, 2006.

        s/Denise Goodine
        Case Manager